IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRY JAMES | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 3-12-CV-0457-N |
| DALLAS POLICE DEPARTMENT, ET AL. | § § § § | |
| Defendants. | § § | |

**<u>ORDER</u>**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff is sanctioned $100.00, and barred from filing any lawsuits in federal court until this sanction is paid in the Northern District of Texas.

SO ORDERED this 29th day of March, 2012.

*/s/ David C. Godbey*
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE