IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TERRY R. JAMES, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| V. | § | No. 3:12-cv-457-N-BN |
| DALLAS POLICE DEP'T, ET AL., | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 19th day of February, 2013

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE