IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRY R. JAMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-457-N-BN |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants have filed a joint motion for summary judgment on their affirmative defense of qualified immunity. *See* Dkt. No. 63.

The Court previously explained that it may authorize Plaintiff "to conduct limited discovery in order to respond to the qualified immunity issues raised in Defendants' summary judgment motion." Dkt. No. 57 at 3. To that end, Plaintiff may file a motion for leave to conduct discovery by **June 25, 2013**. Any motion for leave must include: (1) the specific interrogatories, if any, that Plaintiff wants to send to Defendants; (2) a list of the specific documents or specific categories of documents, if any, that Plaintiff wants to obtain from Defendants; and (3) an explanation of why this discovery is necessary to enable Plaintiff to respond to the specific issues raised in Defendants' motion for summary judgment. The requested discovery must be narrowly tailored to uncover only those facts needed for the Court to rule on the qualified immunity defense and will only be permitted if Defendants' immunity defense turns at least partially on a factual question and the Court is unable to rule on the immunity

defense without further clarification of the facts. *See Lion Boulos v. Wilson*, 834 F.2d 504, 507-08 (5th Cir. 1987). Defendants may file a response to Plaintiff's discovery motion, if one is filed, by **July 9, 2013**. The Court will then review Plaintiff's request to determine whether any or all of the requested discovery should be allowed.

Alternatively, Plaintiff shall advise the Court by **June 25, 2013** that he does not need to conduct discovery to respond to Defendants' summary judgment motion.

Plaintiff is not otherwise required to file a response to Defendants' motion for summary judgment at this time. The Court will enter further orders after Plaintiff files his motion for leave to conduct limited discovery or advises that no discovery is necessary.

SO ORDERED.

DATED: June 4, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE