IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRY R. JAMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-457-N-BN |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Defendants have filed a joint motion for summary judgment on their affirmative defense of qualified immunity. *See* Dkt. No. 63. Pursuant to the Court's June 4, 2013 order [Dkt. No. 67], Plaintiff filed a motion to conduct discovery in order to respond to the qualified immunity issues raised in Defendants' motion. *See* Dkt. No. 68. In response, Defendants report that they "do not object to the Plaintiff's proposed discovery provided it is limited to immunity issues." Dkt. No. 70.

Accordingly, Plaintiff's motion for leave to conduct discovery [Dkt. No. 68] is GRANTED. By **August 9, 2013**, Defendants shall serve on Plaintiff (1) responses to each discovery request attached to Plaintiff's motion, *see* Dkt. No. 68-1, in the form of responsive documents and written responses to each interrogatory and request for admission and/or (2) written objections to any discovery request as to which Defendants object. Defendants shall also, by **August 9, 2013**, file with the Court a copy of Defendants' written responses and objections – but not of any documents produced. Without suggesting a view as to how the Court may rule on any specific objection,

Defendants should produce non-privileged documents in their possession, custody, or control that may be relevant to the qualified immunity issues surrounding the claims made the basis of this suit and should respond to any interrogatories and requests for admission that may be relevant to the qualified immunity issues surrounding the claims made the basis of this suit.

Plaintiff may file a motion challenging any objections that Defendants may make to his discovery requests by no later than **August 23, 2013**. If Plaintiff files any such motion, Defendants may file a written response by **September 3, 2013**.

Plaintiff shall file a response, with controverting evidence, to Defendants' Motion for Summary Judgment on the Issue of Qualified Immunity [Dkt. No. 63] by **September 13, 2013**. Defendants may file a reply brief in support of their Motion for Summary Judgment on the Issue of Qualified Immunity – but may not introduce additional evidence – by **September 30, 2013**.

SO ORDERED.

DATED: July 10, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE