IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRY R. JAMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-457-N-BN |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Laura Rodriguez, the court reporter for Auxiliary Court No. 2 of Dallas County, Texas, has filed a motion for a protective order requesting that the Court enter a protective order excusing her from responding to Plaintiff's subpoena in this matter until and unless she is paid the necessary transcript preparation and copy fee. *See* Dkt. No. 73.

Plaintiff shall file a written response to the motion by **August 5, 2013**. The response shall not exceed 10 pages in length.

The deadlines set forth in this order will not be modified except upon written motion for good cause shown. Further, the Court strongly discourages any request to extend this deadline through a motion that is filed within three business days of the existing deadline and will grant any such motion only upon a showing in the written motion of extraordinary circumstances.

The Court intends to rule on the motion based on the written submissions of the parties, without hearing oral argument. *See* N.D. TEX. L. CIV. R. 7.1(g) ("Unless

otherwise directed by the presiding judge, oral argument on a motion will not be held.").

SO ORDERED.

DATED: July 24, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE